WAYNE A. SHAFFER (SBN 1519)
LAXALT & NOMURA, LTD.
9600 Gateway Drive
Reno, Nevada 89521
Tel: 775-322-1170
Fax: 775-322-1865
wshaffer@laxalt-nomura.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEREMIAH PELLANT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANTHONY WAYNE BLAKENSHIP,<br>BASIN LOGISTICS, LLC, a foreign limited<br>liability company; and DOES I-X,<br><br>　　　　　Defendants. | Case No.:　　3:16-CV-00284-WGC<br><br>**STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE** |

## STIPULATION

IT IS HEREBY STIPULATED between the appearing parties to the above-entitled action, through their respective undersigned counsel of record, that the above-entitled action may be dismissed with prejudice, said dismissal to constitute a retraxit with each party to bear the costs and

//
//
//
//
//
//
//

1 | fees of that party.

2 | DATED this 10th day of March, 2017.   DATED this 22 day of March, 2017.

3 | KILPATRICK, ADLER & BULLENTINI   LAXALT & NOMURA, LTD.

5 | By: /s/ Angela D. Bullentini   By: /s/ Wayne A. Shaffer
6 | ANGELA D. BULLENTINI   WAYNE A. SHAFFER
  | 412 North Division Street   9600 Gateway Drive
  | Carson City, Nevada 89703   Reno, Nevada 89521
7 | Attorneys for Plaintiff   Attorneys for Defendants
  | JEREMIAH PELLANT   ANTHONY WAYNE BLANKENSHIP
8 |     and BASIN LOGISTICS, LLC.

9 | IT IS SO ORDERED:

/s/ William G. Cobb
UNITED STATES MAGISTRATE JUDGE

DATED: March 23, 2017

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and Section IV of the District of Nevada Electronic Filing Procedures, I hereby certify that I am an employee of LAXALT & NOMURA, LTD., and that I caused to be served a true and correct copy of the foregoing by E-Service by filing the foregoing with the Clerk of Court using the CM/ECF system, which will electronically mail the filing to the following email:

Charles M. Kilpatrick
kab@pyramid.net

Angela Bullentini
Angela.kab@pyramid.net

DATED this 22 day of March, 2017.

_Laurie Peirath_
An employee of Laxalt & Nomura, Ltd.

LAXALT & NOMURA, LTD.
ATTORNEYS AT LAW
9600 GATEWAY DRIVE
RENO, NEVADA 89521